UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA** :
:
v. : Case Nos. 08-012-M-01
:
**GLORIA GONZALEZ PAZ** :

## ORDER

Having considered the Government's Motion to Amend the Complaint, it is hereby ORDERED, on this 22nd day of January, 2008, that the government may file the attached Amended Complaint in the above captioned matter.

Deborah A. Robinson
United States Magistrate Judge