AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

    Plaintiff(s)    )
)
)  **APPEARANCE**
)
vs.    )  CASE NUMBER   1:08-mj-00012-DAR
Gloria Gonzalez Paz    )
)
    Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Aaron R. Caruso**  as counsel in this
(Attorney's Name)

case for: __Gloria Gonzalez Paz__
(Name of party or parties)

03/21/08
Date

_[signature]_
Signature

433623
BAR IDENTIFICATION

Aaron R. Caruso, Esquire
Print Name

401 N. Washington St., #550
Address

Rockville, MD 20850
City    State    Zip Code

301-738-7665
Phone Number