UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | Magistrate No. 08-MJ-12 |
| v. | : | |
| GLORIA A. GONZALEZ-PAZ, | : | |
| Defendant. | : | |

### ORDER

Upon consideration of the Joint Motion to Continue the status hearing currently scheduled for April 8, 2008 to April 15, 2008,

IT IS HEREBY ORDERED that, the status hearing is rescheduled for April 15, 2008 at 1:30 p.m.

IT IS FURTHER HEREBY ORDERED that, in the interest of justice, seven (7) additional days shall be excluded in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act.

SO ORDERED this ___4th___ day of ___April___, 2008.

_____
U.S. MAGISTRATE DISTRICT JUDGE

cc:   Ellen Chubin Epstein
      Assistant United States Attorney
      Fraud and Public Corruption Section
      555 4th Street, N.W.
      Washington, D.C. 20530