**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | **Magistrate No. 08-MJ-12** |
| | : | |
| **v.** | : | **Violations:** |
| | : | |
| **GLORIA A. GONZALEZ-PAZ,** | : | **18 U.S.C. §§ 201(b)(1)(A) and 2** |
| | : | **(Payment of Bribe to a Public Official)** |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney informs the Court that:

### COUNT ONE
### (**Payment of Bribe to a Public Official**)

1.      At all times material to this Information, DMV Employee PG was employed as a Legal Instrument Examiner with the District of Columbia Department of Motor Vehicles (hereinafter referred to as "DMV").  Her duties included processing customer transactions in all areas of DMV's operations, including processing applications submitted by individuals seeking to obtain District of Columbia driver's licenses, learner's permits, and identification cards.

2.      The defendant, **GLORIA A. GONZALEZ-PAZ**, received monies from individuals in return for agreeing to make arrangements with DMV Employee PG for the applicants to obtain District of Columbia driver's licenses that they were not legally entitled to obtain.

3.      From in or about June, 2007, to on or about January16, 2008, in a continuing course of conduct, within the District of Columbia and elsewhere, the defendant, **GLORIA A. GONZALEZ-PAZ**, did, directly and indirectly, corruptly give, offer, and promise things of value, that is, U.S. currency, on at least two occasions, to DMV Employee PG, who was a public

official, with intent to influence DMV Employee PG in the performance of official acts, that is,

producing and transferring District of Columbia driver's licenses, learner's permits and

identification documents to individuals who were not legally entitled to obtain such

documentation.

**All in Violation of Title 18, United States Code, Sections 201(b)(1)(A) and 2
(Payment of a Bribe to a Public Official)**

JEFFREY A. TAYLOR
United States Attorney for
the District of Columbia


By: _____/s/_____
ELLEN CHUBIN EPSTEIN
SUSAN B. MENZER
Assistant United States Attorneys
(202) 514-9832
Ellen.Chubin@usdoj.gov
(202)514-6968
Susan.Menzer@usdoj.gov