## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  08-0092 (RJL)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **GLORIA GONZALEZ-PAZ,** | **:** | |
| | **:** | |
| **Defendant.** | | |

### NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is currently assigned to Assistant United States Attorney Susan B. Menzer.  This is a notice that Assistant United States Attorney Ellen Chubin Epstein, Bar Number 442861, telephone number (202) 514-9832, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


     /s/
_____

ELLEN CHUBIN EPSTEIN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NUMBER 442861
555 Fourth Street, N.W.
Room 5255
Washington, D.C.   20530
(202) 514-9832
Fax: (202) 307-2304
Ellen.Chubin@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2008, a copy of the Notice of

Assignment and Appearance as Co-Counsel was served via ECF on counsel for the defendant:

Aaron Robert Caruso

ABOD & CARUSO, LLC
401 North Washington Street
Suite 550
Rockville, MD 20850
(301) 738-7665
Email: arc@abodcarusolaw.com


_____/s/_____
ELLEN CHUBIN EPSTEIN
ASSISTANT UNITED STATES ATTORNEY