AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

**MAY 1 3 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

V.

*Gloria A. Gonzalez*

**WAIVER OF INDICTMENT**

CASE NUMBER  08-092 CR

I, _Gloria A. Gonzalez_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _May 13, 2008_ prosecution by indictment and consent that the
                            Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____