UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Criminal Case No. 08-0092 (RJL) | |
| | ) | |
| GLORIA GONZALEZ PAZ, | ) | |
| | ) | **FILED** |
| Defendant. | ) | MAY 0 7 2009 |

**MEMORANDUM ORDER**
(May ___, 2009) [#24]

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

Before the Court is Defendant Gloria Gonzalez Paz's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). In May 2008, Paz pled guilty to one count of bribery in violation of 18 U.S.C. § 201(b)(1)(A). In August 2008, this Court sentenced her to 24 months' imprisonment and 36 months' supervised release, a sentence at the bottom of the applicable Sentencing Guidelines range. Paz moves for a sentence reduction, arguing that the Court treated the Guidelines as mandatory and that recent amendments to the Guidelines for crack offenses gives the Court discretion to reduce her sentence, see United States Sentencing Guidelines, Appendix C (Amendment 706). However, the Court did not treat the Guidelines as mandatory, and the Guideline amendments implicate only individuals convicted of *crack* offenses, not *bribery*. Paz's sentence is therefore unaffected by the recent amendments. U.S.S.G. § 1B1.10(a)(2).

For these reasons, it is, this \_\_\_\_ day of May, 2009, hereby

**ORDERED** that the defendant's motions for a sentence reduction [#24] is **DENIED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge